UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DOUGLAS E. YOUNG Individually and on behalf of all others similar situated,<br>　　Plaintiff,<br><br>v.<br><br>HARVEST MIDSTREAM COMPANY,<br>　　Defendant. | Case No. 2:21-cv-00226<br><br>Jury Trial Demanded<br><br>Collective Action |

## NOTICE OF SETTLEMENT

　　The Parties have resolved their disputes and anticipate filing dismissal papers in the near future.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By: */s/ Andrew W. Dunlap*
　　　　　　　　　　　　　　　**Michael A. Josephson**
　　　　　　　　　　　　　　　Texas Bar No. 24014780
　　　　　　　　　　　　　　　**Andrew W. Dunlap**
　　　　　　　　　　　　　　　Texas Bar No. 24078444
　　　　　　　　　　　　　　　**JOSEPHSON DUNLAP, LLP**
　　　　　　　　　　　　　　　11 Greenway Plaza, Suite 3050
　　　　　　　　　　　　　　　Houston, Texas 77046
　　　　　　　　　　　　　　　713-352-1100 – Telephone
　　　　　　　　　　　　　　　713-352-3300 – Facsimile
　　　　　　　　　　　　　　　mjosephson@mybackwages.com
　　　　　　　　　　　　　　　adunlap@mybackwages.com

　　　　　　　　　　　　　　　**Richard J. (Rex) Burch**
　　　　　　　　　　　　　　　Texas Bar No. 24001807
　　　　　　　　　　　　　　　**BRUCKNER BURCH, PLLC**
　　　　　　　　　　　　　　　11 Greenway Plaza, Suite 3025
　　　　　　　　　　　　　　　Houston, Texas 77046
　　　　　　　　　　　　　　　713-877-8788 – Telephone
　　　　　　　　　　　　　　　713-877-8065 – Facsimile
　　　　　　　　　　　　　　　rburch@brucknerburch.com

　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　& PUTATIVE CLASS MEMBERS**

1

## **CERTIFICATE OF SERVICE**

    I served a copy of this document on all counsel of record pursuant to the Federal Rules of Civil Procedure December 29, 2021.

                            */s/ Andrew W. Dunlap*
                            **Andrew W. Dunlap**